IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARQUITA BROWN, individually and on behalf of herself and others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 3:23-cv-00819 |
| v. | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| SUNCAKES, LLC and SUNCAKES TN, LLC, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 19). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE